UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE LEE OWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1567 AGF |
| | ) | |
| RICHARD LISENBEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has failed to comply with the Court's Order dated January 6, 2016, in which the Court ordered him to pay an initial partial filing fee. As a result, this action is dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Additionally, this action should be dismissed under Local Rule 2.06(B) because mail from the Court to Plaintiff was returned undeliverable on January 19, 2017, and Plaintiff has not provided the Court with a new address.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

An Order of Dismissal will be filed separately.

Dated this 1st day of March, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE